UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

        vs.                                    :            CRIMINAL NO. 3:13cr172(SRU)

FEISAL SHARIF                                 :            August 2, 2016

## MOTION TO AMEND JUDGMENT

The Defendant, Mr. Feisal Sharif, requests that the Court amend its judgment issued in the above-referenced matter pursuant to Fed. R. Crim. P. 36. In support of the motion, Mr. Sharif states:

1. On August 27, 2013, Mr. Sharif pled guilty to counts one and two of an information charging him with fraud by a commodity pool operator and wire fraud.

2. On March 19, 2014, the Honorable Judge Stefan Underhill, U.S. District Court, sentenced Mr. Sharif to 100 months of imprisonment to be followed by 36 months of supervised release.

3. The third special condition of Mr. Sharif's supervised release requires that he pay restitution monthly.

4. Mr. Sharif understood at sentencing that he was to begin restitution payments upon beginning his term of supervised release.

5. Mr. Sharif is currently in custody, serving his term of imprisonment at the Federal Correctional Institution, Bastrop in Bastrop, TX. His term of supervised release has not yet begun.

6. Bureau of Prisons ("BOP") staff has begun to deduct half of Mr. Sharif's monthly pay to satisfy the Court's restitution order.

7. Mr. Sharif wishes to send money to his wife and children to support them while he is incarcerated.

8. Mr. Sharif has been informed by BOP staff that, because the judgment announcing his sentence does not explicitly state "payment shall be AFTER release" or contain similar wording, BOP will continue to deduct monthly restitution payments unless instructed otherwise by the Court.

9. The Federal Rules of Criminal Procedure, Rule 36, empowers the Court to amend a judgment, order, or any part of the record at any point.  See Fed. R. Crim. P. 36.

10. The Government's position cannot be ascertained as the Assistant United States Attorneys responsible for prosecuting this case have since left the office.

WHEREFORE, Mr. Sharif respectfully requests the Court amend its April 1, 2014 Judgment (Dkt. No. 55) to clarify that Mr. Sharif's restitution payments should not begin until *after* his term of incarceration is complete.

> Respectfully Submitted,
>
> THE DEFENDANT,
> Feisal Sharif
>
> FEDERAL DEFENDER OFFICE

Date: August 02, 2016     /s/ David Keenan
                          Assistant Federal Defender
                          265 Church Street, 7th FL
                          New Haven, CT 06510
                          Phone: (203) 498-4200
                          Bar No.: ct29707
                          Email: david_keenan@fd.org

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 02, 2016, a copy of the foregoing Motion to Amend Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ David Keenan
                              David Keenan